**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL COTTRILL and** | **:** | |
| **LAWRENCE WNUKOWSKI,** | **:** | |
| **Plaintiffs,** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **BRITNEY SPEARS, et. al,** | **:** | **No. 02-3646** |
| **Defendants.** | **:** | |

**ORDER**

**AND NOW**, this      day of **February**, **2003**, following a telephone conference on **February 25, 2002**, with counsel for the parties, it is hereby **ORDERED** that:

1.    The Court's Scheduling Order, dated **October 17, 2002**, is revised as follows:

   a.    All discovery on the issues of alleged access and similarity shall be completed by **April 7, 2003**.

   b.    Rebuttal expert reports on the issue of similarity shall be served, simultaneously, by **April 7, 2003**.

   c.    Any motions for summary judgment shall be filed by **April 14, 2003**. Responses to any motions for summary judgment shall be filed by **April 28, 2003**.

2.    In all other respects, the Court's Scheduling Order, dated **October 17, 2002**, shall remain in effect.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**