IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL COTTRILL<br>and<br>LAWRENCE E. WNUKOWSKI | : | |
| Plaintiffs, | : | CIVIL ACTION |
| vs. | : | NO. 02-CV-3646 |
| BRITNEY SPEARS<br>and<br>ZOMBA RECORDING CORPORATION<br>ZOMBA ENTERPRISES, INC.<br>ZOMBA SONGS, INC.<br>and<br>JIVE RECORDS<br>and<br>WRIGHT ENTERTAINMENT GROUP<br>and<br>BMG MUSIC PUBLISHING, INC., | : | |
| Defendants. | : | |

## PRAECIPE

To the Clerk:

Kindly file of record the accompanying original Declaration of Britney Spears, a copy having been filed on April 14, 2003.

Vincent V. Carissimi
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

|  |  |
|---|---|
|  | Michael T. Mervis (admitted *pro hac vice*)<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY  10036 |
| Date:  April 16 2003 | (212) 969-3000 |
|  | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Vincent V. Carissimi, hereby certify that on April 16 2003, I caused a true and correct copy of the foregoing Praecipe and Declaration to be served by depositing the same in the United States Mail, First Class, postage prepaid, addressed to:

George Bochetto, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA  19102

_____
Vincent V. Carissimi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL COTTRILL
and
LAWRENCE E. WNOKOWSKI

    Plaintiffs

v.

BRITNEY SPEARS
and
ZOMBA RECORDING CORPORATION
ZOMBA ENTERPRISES, INC.
ZOMBA SONGS, INC.
and
JIVE RECORDS
and
WRIGHT ENTERTAJNMNET GROUP
and
BMG MUSIC PUBLISHING, INC.

CIVIL ACTION NO. 02 CV 3646

## DECLARATION OF BRITNEY SPEARS

I, Britney Spears, hereby make this declaration under oath based on personal knowledge. If called to testify, I could and would testify as follows:

1. I am a recording artist. In May of 2000, my album entitled "Oops! I Did It Again" was released. On that album was a song entitled *What U See (Is What U Get)* and also a song entitled *Can't Make You Love Me*.

2. I participated in the recording of *What U See (Is What U Get)* in Stockholm, Sweden, during the first week of November, 1999. I traveled to Stockholm on October 28, 1999 (arriving October 29, 1999), and left November 8, 1999.

3. In January of 2000, I went to Orlando Florida and recorded the vocal on the song *Can't Make You Love Me*.

Signed under the pains and penalties of perjury this 15th day of April, 2003.

_____
Britney Spears