IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL COTTRILL<br>and<br>LAWRENCE E. WNUKOWSKI<br><br>                Plaintiffs,<br><br>vs.<br><br>BRITNEY SPEARS<br>and<br>ZOMBA RECORDING CORPORATION<br>ZOMBA ENTERPRISES, INC.<br>ZOMBA SONGS, INC.<br>and<br>JIVE RECORDS<br>and<br>WRIGHT ENTERTAINMENT GROUP<br>and<br>BMG MUSIC PUBLISHING, INC.,<br><br>                Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 02-CV-3646<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE**

To the Clerk:

      Kindly file of record the accompanying original Declaration of Britney Spears, a copy having been filed on April 14, 2003.

*[signature]*

Vincent V. Carissimi
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

|  |  |
|---|---|
| | Michael T. Mervis (admitted *pro hac vice*) |
| | PROSKAUER ROSE LLP |
| | 1585 Broadway |
| | New York, NY  10036 |
| Date:  April 16 2003 | (212) 969-3000 |
| | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Vincent V. Carissimi, hereby certify that on April 16 2003, I caused a true and correct copy of the foregoing Praecipe and Declaration to be served by depositing the same in the United States Mail, First Class, postage prepaid, addressed to:

>George Bochetto, Esquire
>Bochetto & Lentz, P.C.
>1524 Locust Street
>Philadelphia, PA  19102

>_____
>Vincent V. Carissimi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL COTTRILL<br>and<br>LAWRENCE E. WNOKOWSKI<br><br>Plaintiffs<br><br>v.<br><br>BRITNEY SPEARS<br>and<br>ZOMBA RECORING CORPORATION<br>ZOMBA ENTERPRISES, INC.<br>ZOMBA SONGS, INC.<br>and<br>JIVE RECORDS<br>and<br>WRIGHT ENTERTAJNMNET GROUP<br>and<br>BMG MUSIC PUBLISHING, INC. | : | CIVIL ACTION NO. 02 CV 3646 |

## DECLARATION OF BRITNEY SPEARS

I, Britney Spears, hereby make this declaration under oath based on personal knowledge. If called to testify, I could and would testify as follows:

1. I am a recording artist. In May of 2000, my album entitled "Oops! I Did It Again" was released. On that album was a song entitled *What U See (Is What U Get)* and also a song entitled *Can't Make You Love Me*.

2. I participated in the recording of *What U See (Is What U Get)* in Stockholm, Sweden, during the first week of November, 1999. I traveled to Stockholm on October 28, 1999 (arriving October 29, 1999), and left November 8, 1999.

BRITNEY SPEARS

3.  In January of 2000, I went to Orlando Florida and recorded the vocal on the song *Can't Make You Love Me*.

Signed under the pains and penalties of perjury this 17th day of April, 2003.

_____
Britney Spears