IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL COTTRILL and | : | |
| LAWRENCE WNUKOWSKI, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRITNEY SPEARS, et. al, | : | No. 02-3646 |
| Defendants. | : | |

## ORDER

**AND NOW**, this       day of **April**, **2003**, following a telephone conference on **April 21, 2002**, with counsel for the parties, it is hereby **ORDERED** that:

Oral argument regarding Defendants' motion for summary judgment will be held on **May 6, 2003**, at **5:00 p.m.** in Courtroom 5C.

BY THE COURT:

_____
**Berle M. Schiller, J.**