IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COTTRILL** and | : | |
| **LAWRENCE WNUKOWSKI,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRITNEY SPEARS, et al.,** | : | No. 02-3646 |
| Defendants. | : | |

### ORDER

**AND NOW**, this       day of **May**, **2003**, it is hereby **ORDERED** that:

Oral argument regarding Defendants' motion for summary judgment is **rescheduled** for **May 6, 2003**, at **2:00 p.m.** in Courtroom 5C.

BY THE COURT:

_____
**Berle M. Schiller, J.**