IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COTTRILL** and | : | |
| **LAWRENCE E. WNUKOWSKI,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRITNEY SPEARS, et. al,** | : | No. 02-3646 |
| Defendants. | : | |

## ORDER

**AND NOW**, this          day of **May, 2003**, it is hereby **ORDERED** that:

Defendants' Motion to Strike the Declaration of George Hajioannou (Document No. 35) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**