UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL COTTRILL<br>and<br>LAWRENCE E. WNUKOWSKI,<br><br>          Plaintiffs<br><br>v.<br><br>BRITNEY SPEARS<br>and<br>ZOMBA RECORING CORPORATION<br>ZOMBA ENTERPRISES, INC.<br>ZOMBA SONGS, INC.<br>and<br>JIVE RECORDS<br>and<br>WRIGHT ENTERTAINMNET GROUP<br>and<br>BMG MUSIC PUBLISHING, INC.,<br><br>          Defendants. | CIVIL ACTION NO. 02 CV 3646 |

## DECLARATION OF MICHAEL T. MERVIS

I, Michael T. Mervis, hereby declare as follows:

1.        I am an attorney admitted to practice law in New York and Connecticut.  I have been admitted *pro hac vice* in connection with this lawsuit.  I am a member of the law firm of Proskauer Rose LLP ("Proskauer") which, along with the law firm of Pepper Hamilton LLP ("Pepper Hamilton"), represents all defendants in this matter.  I submit this declaration in support of defendants' motion for an award of costs and attorneys' fees in this matter, pursuant to 17 U.S.C. § 505.  I have personal knowledge of the matters stated herein and, if called and sworn as a witness, could and would competently testify thereto.

2.    Defendants have incurred costs and fees in the defense of this action, including in connection with the provision of professional services by Proskauer and Pepper Hamilton and the expert musicologist retained by Proskauer, Anthony Ricigliano of Donato Music Services, Inc. ("Donato").  In addition, defendants have incurred expenses in the form of charges from court reporting services for depositions that were taken by both sides in this action.  Although Pepper Hamilton provided extremely valuable professional services to defendants in this case, in consideration and anticipation of a claim by plaintiffs that they have limited financial means, defendants do not seek an award of the fees and costs attributable to services provided by Pepper Hamilton.  Likewise, although the hourly rates charged by Proskauer are, in my experience, customary of those charged by competitor firms in cases of this nature and in light of the experience of the attorneys involved, for the same reason defendants are only seeking 70% of the amount of fees billed by Proskauer on this matter through April 30, 2003.  Defendants have made this adjustment in recognition of the lower hourly rates charged by Pepper Hamilton and other attorneys in Philadelphia of roughly comparable experience for matters of this nature.[1]  Also for this reason, defendants are not seeking an award of any of the costs and disbursements billed by Proskauer, or the fees that will soon be billed by Proskauer for professional services rendered through May 31, 2003.

3.    The amounts thus sought by defendants on this motion are as follows:

---

[1] My hourly rate is approximately 25% higher than the hourly rate charged by Pepper Hamilton for the services of a partner of comparable seniority.  The hourly rates of the primary Proskauer associates who worked on this matter are approximately 35% higher than the hourly rates charged by Pepper Hamilton for the services of associates with comparable seniority.

Proskauer Fees (with a 30% reduction): $116,083.63
Donato Fees: $21,885[2]
Court Reporting Fees: $3,587.42
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Total Amount Sought: $141,556.05

4.     Attached hereto collectively as <u>Exhibit 1</u> are true and correct copies of invoices and supporting time records submitted by Proskauer to defendants.  In order to avoid the possible waiver of attorney work product and/or the attorney-client privilege, we have redacted certain portions of the descriptions of the time records.

5.     Attached hereto collectively as <u>Exhibit 2</u> are true and correct copies of invoices submitted by Donato for services rendered by Mr. Ricigliano in connection with this case.

6.     Attached hereto collectively as <u>Exhibit 3</u> are true and correct copies of invoices submitted by court reporting services for depositions that were taken in this case.

7.     During the course of this action, I and other Proskauer attorneys and support staff performed a substantial, but necessary, amount of work in connection with the defense of plaintiffs' claims.  This work included, among other things:  review and analysis of plaintiffs' complaint; preparation of defendants' answer to the complaint; legal research concerning the claims advanced by plaintiffs in their complaint; correspondence and discussions with defendants and/or their representatives, Vincent Carissimi of Pepper Hamilton, and plaintiffs' counsel; review and analysis of, and preparation of responses to, plaintiffs' discovery requests, including the review and production of documents in response to plaintiffs' discovery requests; preparation of defendants' discovery requests to plaintiffs and review and analysis of plaintiffs' responses and documents produced by plaintiffs; review and analysis of the extensive and esoteric reports prepared by plaintiffs' purported expert musicologist, J. Marshall Bevil;

---

[2] Included in this amount is $1,500.00 charged by Donato for the deposition of Mr. Ricigliano taken by plaintiffs. Pursuant to Fed. R. Civ. P. 26(b) (4), this amount should be paid by plaintiffs in all events.

3

consultation with Mr. Ricigliano concerning Dr. Bevil's reports and the preparation of Mr. Ricigliano's expert reports; preparation for and participation in the depositions of six fact witnesses and two expert witnesses; preparation of defendants' summary judgment motion, preparation for and participation in oral argument on the motion, and preparation of defendants' supplemental filing in support of the summary judgment motion.

8.     Proskauer has, in the past, represented the Zomba defendants, as well as the BMG defendant and many of its affiliates, in many litigation matters throughout the United States. Our firm is, in fact, among the principal outside litigation counsel for Zomba and BMG-affiliated companies.

9.     I was the Proskauer lawyer principally responsible for the defense of plaintiffs' claims. I received my J.D. degree from New York University in 1990. My practice includes a concentration in the areas of music industry and intellectual property litigation. I have represented many different clients within the music industry, including record companies, music publishing companies, recording artists, record producers and song writers. I have represented such clients in connection with copyright litigation, and have also represented clients outside of the music industry in numerous copyright cases. As noted, I am admitted to practice in New York and Connecticut, as well as the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

10.     I was principally assisted in this matter by two Proskauer associates, Jenifer deWolf Paine and Justin Peacock. Ms. Paine received her J.D. degree from Northeastern Universal School of Law in 1994. Her practice is concentrated almost exclusively in the area of intellectual property, including the litigation of copyright cases. She has represented many different clients in the music industry, including in connection with copyright litigation, and

4

has also represented clients outside of the music industry in numerous copyright cases.  Ms. Paine is admitted to practice in New York, Massachusetts, and California, and is also admitted to the United States District Court for the Southern District of New York and the District of Massachusetts, and the Federal Court of Claims.  Mr. Peacock received his J.D. degree from Yale Law School in 2002.  Mr. Peacock has significant musical training, including the ability to read musical notation.  Although he is a fairly junior associate, prior to law school Mr. Peacock had significant professional responsibility for copyright issues while working for a major news organization.

11.     Also, in the early stages of the litigation (and prior to the participation of Ms. Paine or Mr. Peacock), I was assisted by Robert Eddington, a then associate.  Mr. Eddington subsequently left the practice of law to pursue a career as a concert organist.  While at Proskauer, Mr. Eddington's practice was focused on the litigation of intellectual property disputes, including copyright cases.  Finally, Anthony Wladyka, an associate who received his J.D. degree from New York University in 2001, devoted a few hours to a discrete legal research assignment.

12.     The hourly rates charged by Proskauer in this case were in line with the rates typically charged to clients of the firm and, based on my experience with competitor firms, I believe those charged by other New York City area law firms engaged in similar practices. Based on my experience in litigating matters of this nature, I believe that the time devoted by Proskauer attorneys in this matter was reasonable and necessary given the nature and demands of the case, including the necessary activities described in paragraph 7 above.

13.     Attached hereto collectively as <u>Exhibit 4</u> are true and correct copies of pages containing the "liner notes" to Britney Spears' "Oops . . . I Did It Again" CD.

14.    Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a newspaper article that was published in *The Philadelphia Daily News* on June 7, 2002.

15.    Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a page from the internet web site of the law firm Bochetto & Lentz, P.C., http://www.bochettoandlentz.com/news.html, which I last visited on June 4, 2003.

16.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a motion (with supporting papers) filed by plaintiffs in this case on June 18, 2002.

17.    Attached collectively hereto as <u>Exhibit 8</u> are true and correct copies of pages from the transcript of the deposition of plaintiff Michael Cottrill, which was taken on February 13, 2003.

18.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a page from the transcript of the deposition of J. Marshall Bevil, which was taken on April 7, 2003.

19.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a letter from Gavin Lentz to J. Marshall Bevil, dated October 17, 2002, which was produced by plaintiffs in discovery.

20.    Attached collectively hereto as <u>Exhibit 11</u> are true and correct copies of pages from the transcript of the deposition of William Kahn, which was taken on January 27, 2003.

21.    Attached hereto as <u>Exhibit 12</u> are true are correct copies of printouts from web sites about the songwriters and producers of the two Britney Spears songs plaintiffs alleged infringed their song.

Executed this 5th day of June, 2003 in New York, New York. I declare under penalty of perjury that the foregoing is true and correct.

Michael T. Mervis

6

## CERTIFICATE OF SERVICE

I, Vincent V. Carissimi, hereby certify that on June 5, 2003, I caused a true and correct copy of the foregoing Declaration of Michael T. Mervis and accompanying Exhibits to be served by Hand Delivery addressed to:

Gavin Lentz, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA  19102

Vincent V. Carissimi

# E X H I B I T   1

CAREERS-BMG MUSIC PUBLISHING, INC.                          467885
1540 BROADWAY                                          August 14, 2002
NEW YORK, NY 10036

ATTENTION:  DEIDRE M. MCDONALD

ZOMBA ENTERPRISES, INC.
137-139 West 25th Street
New York, NY 10001
ATTENTION : WADE LEAK, Esq.


PROSKAUER ROSE LLP     1585 Broadway
                       New York, NY 10036-8299     Employer Identification No. 13-1840454

CLIENT NAME:  CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME:  COTTRILL V. SPEARS
FILE #: 19285.0001


FOR PROFESSIONAL SERVICES RENDERED for the month ending July 31, 2002

                                                            2,443.75
FEES:

OUT-OF-POCKET DISBURSEMENTS AND OTHER
MISCELLANEOUS CHARGES POSTED THROUGH JULY 31, 2002           55.48

                                                           $2,499.23
TOTAL

PROSKAUER ROSE LLP
CAREERS-BMG MUSIC PUBLISHING, INC.                          August 14, 2002
Matter: COTTRILL V. SPEARS                                            Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/25/2002 | MERVIS, MICHAEL T. | Review papers in support of plaintiffs' motion to take accelerated deposition of B. Spears and telephone conferences and correspondence w/ and V. Carissimi re: same | 1.25 | 531.25 |
| 06/26/2002 | MERVIS, MICHAEL T. | Telephone conference w/ | .25 | 106.25 |
| 06/27/2002 | MERVIS, MICHAEL T. | Review complaint and correspondence from plaintiffs' counsel | 1.25 | 531.25 |
| 07/17/2002 | MERVIS, MICHAEL T. | | .75 | 318.75 |
| 07/18/2002 | MERVIS, MICHAEL T. | and . re: strategy issues | .50 | 212.50 |
| 07/23/2002 | MERVIS, MICHAEL T. | Telephone conference w/ , telephone conference and correspondence w/ T. Ricigliano; correspondence to client representatives | .75 | 318.75 |
| 07/25/2002 | MERVIS, MICHAEL T. | Telephone conference w/ T. Ricigliano and correspondence to clients re. same; | .50 | 212.50 |
| 07/26/2002 | MERVIS, MICHAEL T. | Telephone conference w/ plaintiffs' counsel and correspondence to client representatives re: same | .50 | 212.50 |

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| MICHAEL T. MERVIS | 5.75 | 425.00 | 2,443.75 |
| TOTAL FOR PARTNER | 5.75 | | 2,443.75 |
| MATTER TOTAL | 5.75 | | 2,443.75 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|--------------|--------|
| LONG DISTANCE TELEPHONE | 1.35 |
| CASSETTE-CD TRANSFER | 54.13 |
| TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER: | $ 55.48 |

CAREERS-BMG MUSIC PUBLISHING, INC.                    473650
1540 BROADWAY                                         September 23, 2002
NEW YORK, NY 10036

ATTENTION: DEIDRE M. MCDONALD

cc: ZOMBA ENTERPRISES, INC.
137-139 West 25th Street
New York, NY 10001
Attn: Wade Leak, Esq.

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer Identification No. 13-1840454

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:       19285.0001


FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED AUGUST 31, 2002
AS SET FORTH IN THE ATTACHED PRINTOUT


TOTAL FEES:                      $6,180.00

DISBURSEMENTS AND CHARGES:          $87.69
                                 _____

TOTAL DUE:                       $6,267.69

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          September 23, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:    2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 08/02/02 | Review and revise stipulation re: time to respond to complaint; telephone conference w/ T. Ricigliano; draft letter to plaintiffs' counsel confirming answer date and requesting musicological analysis<br>PARTNER:  MICHAEL T. MERVIS | 1.00 | 425.00 |
| 08/05/02 | Review correspondence from plaintiff's counsel and draft response to same<br>PARTNER:  MICHAEL T. MERVIS | .75 | 318.75 |
| 08/12/02 | Pulled and reviewed      . case from 11th Cir. re<br>ASSOCIATE:  ROBERT J. EDDINGTON | .75 | 236.25 |
| 08/12/02 | Review correspondence from G. Bochetto and draft correspondence in response to same<br>PARTNER:  MICHAEL T. MERVIS | .25 | 106.25 |
| 08/15/02 | Consider strategy issues; telephone conference w/ W. Hart re: copyright legal issues<br>PARTNER:  MICHAEL T. MERVIS | 1.25 | 531.25 |
| 08/16/02 | Discussed complaint/answer with M. Mervis.<br>ASSOCIATE:  ROBERT J. EDDINGTON | .25 | 78.75 |
| 08/16/02 | Telephone conference w/ client representatives re: strategy issues and investigation; conference w/ R. Eddington re: background of case and assignment to draft answer; correspondence to V. Carisimmi re:<br><br>PARTNER:  MICHAEL T. MERVIS | 1.25 | 531.25 |
| 08/19/02 | Reviewed complaint, drafted answer to same.<br>ASSOCIATE:  ROBERT J. EDDINGTON | 4.25 | 1338.75 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.           September 23, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:     3
```

```
08/20/02 Drafted/revised answer, reviewed same              2.00   630.00
         ASSOCIATE:  ROBERT J. EDDINGTON

08/21/02 Revised/reviewed draft answer, circulated same     2.25   708.75
         to M. Mervis
         ASSOCIATE:  ROBERT J. EDDINGTON

08/26/02 Work on answer                                     1.75   743.75
         PARTNER:  MICHAEL T. MERVIS

08/29/02 Telephone conference w/         and                 .75   316.75
         review comments from          . re: answer
         and respond to same
         PARTNER:  MICHAEL T. MERVIS

08/30/02 Correspondence to                    and V.         .50   212.50
         Carissimi
         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          September 23, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:      4
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL T. MERVIS | 7.50 | 425.00 | 3,187.50 |
| TOTAL FOR PARTNER | 7.50 | | 3,187.50 |
| ROBERT J. EDDINGTON | 9.50 | 315.00 | 2,992.50 |
| TOTAL FOR ASSOCIATE | 9.50 | | 2,992.50 |
| MATTER TOTAL: | 17.00 | | $6,180.00 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| COPYING & PRINTING | 10.00 |
| FAX | 34.00 |
| FOOD | 17.70 |
| LEXIS | .00 |
| OTHER EXPENSES | 20.56 |
| TELEPHONE | 5.43 |
| TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER: | $87.69 |

CAREERS-BMG MUSIC PUBLISHING, INC.        480765
1540 BROADWAY                               November 12, 2002
NEW YORK, NY 10036

ATTENTION: DEIDRE M. MCDONALD

ZOMBA ENTERPRISES, INC.
137-139 WEST 25TH STREET
NEW YORK, NY 10001
ATTN: WADE LEAK ESQ.

## PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299       Employer Identification No. 13-1840454

---

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:      19285.0001

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED OCTOBER 31, 2002
AS SET FORTH IN THE ATTACHED PRINTOUT

| | |
|---|---|
| TOTAL FEES: | $8,142.50 |
| DISBURSEMENTS AND CHARGES: | $1,192.14 |
| TOTAL DUE: | $9,334.64 |

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.                November 12, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:      2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|------|--------|
| 09/01/02 | Revise answer and correspondence to client representatives re: same<br>PARTNER:  MICHAEL T. MERVIS | 1.00 | 425.00 |
| 09/04/02 | Telephone conferences w/                 re: answer and V. Carissimi re:<br>PARTNER:  MICHAEL T. MERVIS | .25 | 106.25 |
| 09/05/02 | Finalize answer and correspondence re: same and brief telephone conference w/          re: same<br>PARTNER:  MICHAEL T. MERVIS | 1.00 | 425.00 |
| 09/19/02 | Telephone conference w/          and re:<br>PARTNER:  MICHAEL T. MERVIS | .25 | 106.25 |
| 09/26/02 | Draft letter to plaintiffs' counsel proposing phased discovery<br>PARTNER:  MICHAEL T. MERVIS | .75 | 318.75 |
| 09/27/02 | Correspondence to plaintiffs' counsel re: discovery plan; correspondence to clients re: -..          '; brief review of plaintiffs' discovery demands<br>PARTNER:  MICHAEL T. MERVIS | .50 | 212.50 |
| 10/02/02 | Telephone conference plaintiff's counsel re: discovery plan and correspondence to client representatives re:  .<br>PARTNER:  MICHAEL T. MERVIS | .25 | 106.25 |
| 10/07/02 | Reviewed and drafted discovery requests.<br>ASSOCIATE:  ROBERT J. EDDINGTON | 1.25 | 393.75 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          November 12, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:    3
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/07/02 | Prepare for Rule 26(f) meeting of counsel, including review of plaintiffs' discovery demands; participate in telephonic Rule 26(f) meeting of counsel and correspondence w/ client representatives re: PARTNER: MICHAEL T. MERVIS | 1.25 | 531.25 |
| 10/09/02 | Draft joint discovery plan; draft memo to client representatives re: PARTNER: MICHAEL T. MERVIS | 2.75 | 1168.75 |
| 10/10/02 | Work on memo to client representatives re: PARTNER: MICHAEL T. MERVIS | .75 | 318.75 |
| 10/14/02 | Review Rule 16 conference questionnaire; prepare for Rule 16 conference PARTNER: MICHAEL T. MERVIS | .25 | 106.25 |
| 10/16/02 | Prepare for and attend Rule 16 Conference; correspondence to client representatives re: ; partial travel time between NY and Philadelphia PARTNER: MICHAEL T. MERVIS | 5.75 | 2443.75 |
| 10/22/02 | Telephone conference w/            re: discovery PARTNER: MICHAEL T. MERVIS | .25 | 106.25 |
| 10/26/02 | Correspondence to clients re: PARTNER: MICHAEL T. MERVIS | .25 | 106.25 |
| 10/28/02 | Drafted document/discovery requests. ASSOCIATE: ROBERT J. EDDINGTON | 1.00 | 315.00 |
| 10/29/02 | Review court's scheduling order; attention to discovery, including telephone conference w/ PARTNER: MICHAEL T. MERVIS | .50 | 212.50 |
| 10/31/02 | Prepared discovery requests. ASSOCIATE: ROBERT J. EDDINGTON | 1.00 | 315.00 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.         November 12, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:       4

10/31/02 Telephone conference w/ client representatives     1.00    425.00
         re:                    . ; correspondence to V.
         Carisimmi re: .
         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          November 12, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:      5
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL T. MERVIS | 16.75 | 425.00 | 7,118.75 |
| TOTAL FOR PARTNER | 16.75 | | 7,118.75 |
| ROBERT J. EDDINGTON | 3.25 | 315.00 | 1,023.75 |
| TOTAL FOR ASSOCIATE | 3.25 | | 1,023.75 |
| MATTER TOTAL: | 20.00 | | $8,142.50 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| PROFESSIONAL SERVICES | 690.00 |
| COPYING & PRINTING | 77.80 |
| DELIVERY | 68.05 |
| FAX | 106.00 |
| FOOD | .00 |
| OUT OF TOWN TRAVEL | 213.00 |
| TELEPHONE | 29.79 |
| LOCAL TRANSPORTATION | 7.50 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:          $1,192.14

CAREERS-BMG MUSIC PUBLISHING, INC.
1540 BROADWAY
NEW YORK, NY 10036
ATTENTION: DEIDRE M. MCDONALD

486151
December 20, 2002

cc: ZOMBA ENTERPRISES, INC.
137-139 West 25th Street
New York, NY 10001
Attn: Wade Leak, ESQ.

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer Identification No. 13-1840454

---

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:      19285.0001

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED NOVEMBER 30, 2002
AS SET FORTH IN THE ATTACHED PRINTOUT

TOTAL FEES:                  $17,175.00

DISBURSEMENTS AND CHARGES:    $ 509.01

TOTAL DUE:                    $17,684.01

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.                December 20, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:      2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/01/02 | Drafted discovery requests<br>ASSOCIATE:  ROBERT J. EDDINGTON | 1.00 | 350.00 |
| 11/01/02 | Work on defendants' document requests and<br>interrogatories<br>PARTNER:  MICHAEL T. MERVIS | 2.00 | 940.00 |
| 11/04/02 | Draft letter to Court re: clarifications to<br>scheduling order; review letter from<br>plaintiffs' counsel and draft response to same<br>PARTNER:  MICHAEL T. MERVIS | 1.25 | 587.50 |
| 11/05/02 | Conf. M. Mervis re discovery issues/documents.<br>ASSOCIATE:  ROBERT J. EDDINGTON | .25 | 87.50 |
| 11/05/02 | Telephone conference w/ T. Ricigliano;<br>telephone conference w/           ; revise<br>letter to Bochetto re: discovery; confer w/ R.<br>Eddington re: objections and responses to<br>plaintiffs' discovery demands; revise draft<br>discovery demands to plaintiffs; draft initial<br>disclosures<br>PARTNER:  MICHAEL T. MERVIS | 2.50 | 1175.00 |
| 11/06/02 | Drafted  responses/objections to plaintiffs'<br>discovery  demands.<br>ASSOCIATE:  ROBERT J. EDDINGTON | 3.25 | 1137.50 |
| 11/06/02 | Telephone conference w/ T. Ricigliano; work on<br>initial disclosures<br>PARTNER:  MICHAEL T. MERVIS | .50 | 235.00 |
| 11/07/02 | Drafted/revised discovery responses/objections<br>ASSOCIATE:  ROBERT J. EDDINGTON | .50 | 175.00 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.              December 20, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:    3
```

11/07/02 Work on initial disclosures and telephone            1.50    705.00
         conferences and correspondence w/ V. Carissimi
         and        re: same; work on confidentiality
         order and telephone conference and
         correspondence w/ V. Carissimi re: same
         PARTNER:  MICHAEL T. MERVIS

11/09/02 Drafted objections/responses to discovery            1.25    437.50
         requests
         ASSOCIATE:  ROBERT J. EDDINGTON

11/10/02 Drafted/revised objections/responses to              1.50    525.00
         discovery requests.
         ASSOCIATE:  ROBERT J. EDDINGTON

11/11/02 Drafted/revised discovery responses.                 2.75    962.50
         ASSOCIATE:  ROBERT J. EDDINGTON

11/11/02 Review correspondence between local counsel and      2.00    940.00
         plaintiff's counsel re: confidentiality order
         and
         re: same; revise objections and responses to
         plaintiffs' document demands and
         interrogatories
         PARTNER:  MICHAEL T. MERVIS

11/12/02 Reviewed 3d Circuit          cases                   1.25    437.50
         ASSOCIATE:  ROBERT J. EDDINGTON

11/12/02 Work on objections and responses to plaintiffs'      1.50    705.00
         document requests and interrogatories
         PARTNER:  MICHAEL T. MERVIS

11/13/02 Reviewed objections/responses to discovery           1.25    437.50
         requests.
         ASSOCIATE:  ROBERT J. EDDINGTON

11/13/02 Work on responses to plaintiff's discovery           4.50   2115.00
         requests and
                           and telephone
         conferences w/ V. Carissimi,

         PARTNER:  MICHAEL T. MERVIS

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.              December 20, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:      4
```

| | | |
|---|---:|---:|
| 11/13/02 Document production.<br>         LEGAL ASSISTANT:  SHARON LEWIS | 1.50 | 240.00 |
| 11/14/02 Conf. Vinny C. re discovery responses,<br>         finalized same for service<br>         ASSOCIATE:  ROBERT J. EDDINGTON | 3.00 | 1050.00 |
| 11/14/02 Work on discovery responses and telephone<br>         conferences and correspondence w/ client<br>         representatives; correspondence to plaintiffs'<br>         counsel re: discovery issues<br>         PARTNER:  MICHAEL T. MERVIS | 1.25 | 587.50 |
| 11/14/02 Discussion with M. Mervis re: duplication of<br>         Demo of "What U See (Is What U Get)" cd.<br>         Arrange for duplication re: same.<br>         LEGAL ASSISTANT:  SHARON LEWIS | .50 | 80.00 |
| 11/15/02 Prepared protective order, verifications,<br>         reviewed liner notes produced.<br>         ASSOCIATE:  ROBERT J. EDDINGTON | 3.00 | 1050.00 |
| 11/15/02 Assist M. Mervis re: production of additional<br>         documents.<br>         LEGAL ASSISTANT:  SHARON LEWIS | 1.00 | 160.00 |
| 11/20/02 Prepared verification forms for<br>         interrogatories.<br>         ASSOCIATE:  ROBERT J. EDDINGTON | .50 | 175.00 |
| 11/23/02 Revise verification forms and protective order<br>         PARTNER:  MICHAEL T. MERVIS | .50 | 235.00 |
| 11/25/02 Correspondence w/ plaintiffs' counsel and w/<br>         client representatives<br>         PARTNER:  MICHAEL T. MERVIS | .50 | 235.00 |
| 11/26/02 Telephone conference w/ G. Lentz re: discovery<br>         disputes and correspondence to G. Lentz and to<br>         client representatives re: same<br>         PARTNER:  MICHAEL T. MERVIS | 1.50 | 705.00 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.              December 20, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:       5

11/27/02 Attention to discovery, including telephone         1.50    705.00
         conference w/ G. Lentz; correspondence w/ G.
         Lentz; telephone conference w/
         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.        December 20, 2002
MATTER:  COTTRILL V. SPEARS
PAGE:       6
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL T. MERVIS | 21.00 | 470.00 | 9,870.00 |
| TOTAL FOR PARTNER | 21.00 | | 9,870.00 |
| ROBERT J. EDDINGTON | 19.50 | 350.00 | 6,825.00 |
| TOTAL FOR ASSOCIATE | 19.50 | | 6,825.00 |
| SHARON LEWIS | 3.00 | 160.00 | 480.00 |
| TOTAL FOR LEGAL ASSISTANT | 3.00 | | 480.00 |
| MATTER TOTAL: | 43.50 | | $17,175.00 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| POSTAGE | 12.76 |
| COPYING & PRINTING | 107.60 |
| DELIVERY | 38.72 |
| FAX | 96.00 |
| FOOD | 9.35 |
| LEXIS | 66.63 |
| TELEPHONE | 74.42 |
| LOCAL TRANSPORTATION | 103.53 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:          $ 509.01

CAREERS-BMG MUSIC PUBLISHING, INC.                    489244
1540 BROADWAY                                         January 16, 2003
NEW YORK, NY 10036
ATTENTION: DEIDRE M. MCDONALD

ZOMBA ENTERPRISES, INC.
137-139 WEST 25TH STREET
NEW YORK, NY 10001
ATTN: WADE LEAK, ESQ.

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer Identification No. 13-1840454

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:      19285.0001

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED DECEMBER 31, 2002
AS SET FORTH IN THE ATTACHED PRINTOUT

TOTAL FEES:                      $6,182.50

DISBURSEMENTS AND CHARGES:       $ 529.98
                                 _____

TOTAL DUE:                       $6,712.48

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.      January 16, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:     2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|------|--------|
| 12/05/02 | Correspondence w/ plaintiffs' counsel and re: discovery; review | 1.00 | 470.00 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/06/02 | Review Kahn subpoena; review telephone conferences w/    and re: discovery issues | 1.00 | 470.00 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/09/02 | Conference with M. Mervis regarding review of documents from client | .50 | 175.00 |
| | ASSOCIATE:  ROBERT J. EDDINGTON | | |
| 12/09/02 | Review comments of plaintiffs' counsel to proposed confidentiality order; draft correspondence to plaintiffs' counsel re: discovery issues | 1.25 | 587.50 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/10/02 | Correspondence w/ plaintiffs' counsel re: discovery issues; revise proposed confidentiality order | 1.75 | 822.50 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/11/02 | Conference with T. Riccigliano regarding expert | .50 | 175.00 |
| | ASSOCIATE:  ROBERT J. EDDINGTON | | |
| 12/13/02 | Telephone conferences w/    and V. Carissimi | .25 | 117.50 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/17/02 | Attention to discovery and correspondence w/ re: same | .50 | 235.00 |
| | PARTNER:  MICHAEL T. MERVIS | | |
| 12/18/02 | Review documents from client | 5.25 | 1837.50 |
| | ASSOCIATE:  ROBERT J. EDDINGTON | | |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.              January 16, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       3
```

```
12/18/02 Attention to discovery, including review of          1.75    822.50
         plaintiffs' responses to discovery demands and
         correspondence to client representatives re:
         same and correspondence to plaintiffs' counsel
         re: same
         PARTNER:  MICHAEL T. MERVIS

12/19/02 Attention to discovery, including                     .75    352.50
         correspondence w/ plaintiffs' counsel
         PARTNER:  MICHAEL T. MERVIS

12/21/02 Correspondence to clients re:                         .25    117.50

         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.        January 16, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       4
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| MICHAEL T. MERVIS | 8.50 | 470.00 | 3,995.00 |
| TOTAL FOR PARTNER | 8.50 | | 3,995.00 |
| ROBERT J. EDDINGTON | 6.25 | 350.00 | 2,187.50 |
| TOTAL FOR ASSOCIATE | 6.25 | | 2,187.50 |
| MATTER TOTAL: | 14.75 | | $6,182.50 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|--------------|--------|
| POSTAGE | 1.66 |
| COPYING & PRINTING | 188.93 |
| DELIVERY | 78.99 |
| FAX | 65.00 |
| TELEPHONE | 195.40 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:        $ 529.98

CAREERS-BMG MUSIC PUBLISHING, INC.
1540 BROADWAY
NEW YORK, NY 10036

494724
February 28, 2003

ATTENTION: DEIDRE M. MCDONALD

ZOMBA ENTERPRISES INC.
137-139 WEST 25TH STREET
NEW YORK, NY 10001
ATTENTION: WADE LEAK

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer Identification No. 13-1840454

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:      19285.0001

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED JANUARY 31, 2003
AS SET FORTH IN THE ATTACHED PRINTOUT

| | |
|---|---|
| TOTAL FEES: | $33,022.50 |
| LESS ADJUSTMENT | ($3,200.00) |
| DISBURSEMENTS AND CHARGES: | $4,168.68 |
| TOTAL DUE: | $33,991.18 |

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       2


DETAIL DESCRIPTION OF SERVICES RENDERED:


| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|------|--------|
| 01/06/03 | Reviewed document production, conf. M. Mervis re same.<br>ASSOCIATE:  ROBERT J. EDDINGTON | .25 | 87.50 |
| 01/07/03 | Case management.<br>LEGAL ASSISTANT:  SHARON LEWIS | 2.50 | 400.00 |
| 01/08/03 | Conf. Jen Paine, and prepared files for transition, sent same to J. Paine.<br>ASSOCIATE:  ROBERT J. EDDINGTON | .75 | 262.50 |
| 01/08/03 | Office conference with M. Mervis re: case history and discovery issues; review file<br>ASSOCIATE:  JENIFER DEWOLF PAINE | 1.50 | 637.50 |
| 01/08/03 | Confer w/ J. Paine re: tasks, strategy, discovery<br>PARTNER:  MICHAEL T. MERVIS | .75 | 352.50 |
| 01/08/03 | Case management.<br>LEGAL ASSISTANT:  SHARON LEWIS | 1.75 | 280.00 |
| 01/09/03 | Conf. J. Paine re documents & case, prepared docs for same.<br>ASSOCIATE:  ROBERT J. EDDINGTON | .50 | 175.00 |
| 01/09/03 | Case management.<br>LEGAL ASSISTANT:  SHARON LEWIS | 1.25 | 200.00 |
| 01/10/03 | Review discovery materials and correspondence re: discovery<br>ASSOCIATE:  JENIFER DEWOLF PAINE | 2.00 | 850.00 |
| 01/10/03 | Telephone conference w/ G. Lentz<br>PARTNER:  MICHAEL T. MERVIS | .25 | 117.50 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.        February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:    3
```

01/13/03 Review documents and memo from R. Eddington;        .50   212.50
         telephone conference with M. Mervis.
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/13/03 Review report of plaintiffs' expert; review        4.25  1997.50
         plaintiffs' amanded discovery responses and
         correspondence to plaintiffs' counsel re: same
         PARTNER:  MICHAEL T. MERVIS

01/13/03 Assignment meeting w/ M. Mervis.                     .25    60.00
         ASSOCIATE:  ANTHONY T. WLADYKA III

01/13/03 Produced documents.  Case management.                .50    80.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/14/03 Review documents for production and history of      2.50  1062.50
         discovery negotiations
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/15/03 Review discovery issues and documents; memo to      3.00  1275.00
         M. Mervis; office conference with M. Mervis re:
         discovery
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/15/03 Attention to discovery; confer w/ J. Paine re:      1.50   705.00
         same
         PARTNER:  MICHAEL T. MERVIS

01/15/03 Research regarding                                  2.75   660.00

         in 3d Circuit; conf. M. Mervis.
         ASSOCIATE:  ANTHONY T. WLADYKA III

01/15/03 Case management.                                     .50    80.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/16/03 Work on interrogatory responses                     1.00   425.00
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/16/03 Attention to discovery issues and                    .50   235.00
         correspondence re: same
         PARTNER:  MICHAEL T. MERVIS

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.　　　　February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:　　4

01/16/03 Research regarding ·　　　　　　　　in　　　5.25　1260.00

　　　　　in 3d Circuit; conf. M. Mervis.
　　　　　ASSOCIATE:  ANTHONY T. WLADYKA III

01/16/03 Request from R. Eddington re: disclosures　　2.75　440.00
　　　　　documents.  Case management.
　　　　　LEGAL ASSISTANT:  SHARON LEWIS

01/17/03 Telephone conference with　　　　re:　　　2.00　850.00
　　　　　discovery; memo to　.　　.; prepare documents;
　　　　　telephone conferences with M. Mervis
　　　　　ASSOCIATE:  JENIFER DEWOLF PAINE

01/17/03 Telephone conference w/ T. Ricigliano;　　　2.25　1057.50
　　　　　telephone conference w/　　　　　; attention
　　　　　to　　　　issues and correspondence w/
　　　　　　　　　　re: same; correspondence to G.
　　　　　Lentz re: expert and discovery issues; review
　　　　　third circuit
　　　　　cases
　　　　　PARTNER:  MICHAEL T. MERVIS

01/17/03 Case management.　　　　　　　　　　1.50　240.00
　　　　　LEGAL ASSISTANT:  SHARON LEWIS

01/21/03 Review discovery responses; correspond with　3.00　1275.00
　　　　　opposing counsel re: discovery; prepare
　　　　　documents for production; correspond with.

　　　　　ASSOCIATE:  JENIFER DEWOLF PAINE

01/21/03 Work on expert discovery issues, including　　3.50　1645.00
　　　　　telephone conference w/ T. Ricigliano;
　　　　　correspondence w/ G. Lentz re: discovery and
　　　　　expert issues
　　　　　PARTNER:  MICHAEL T. MERVIS

01/21/03 Document production.　　　　　　　　　3.00　480.00
　　　　　LEGAL ASSISTANT:  SHARON LEWIS

01/21/03 Meeting w/ M. Mervis; reading plaintiff's　　1.75　367.50
　　　　　expert report.
　　　　　ASSOCIATE:  JUSTIN PEACOCK

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.                February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:    5

01/22/03 Correspond with           re: document              .50    212.50
         production
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/22/03 Telephone conference and correspondence w/ G.      1.75    822.50
         Lentz; revise letter to          re:
         production of       documents; brief telephone
         conferences w/ W. Leak and V. Carissimi
         PARTNER:  MICHAEL T. MERVIS

01/22/03 Researching                                        6.00   1260.00

         ASSOCIATE:  JUSTIN PEACOCK

01/23/03 Researching                                        5.75   1207.50
                                 and writing short memo
         on same.
         ASSOCIATE:  JUSTIN PEACOCK

01/24/03 Produce documents; correspond with opposing        2.50   1062.50
         counsel re: discovery; correspond with
              re: production
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/24/03 Attention to discovery issues, including           1.75    822.50
         correspondence w/ opposing counsel and local
         counsel
         PARTNER:  MICHAEL T. MERVIS

01/24/03 Redact and produced documents.                     4.00    640.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/24/03 Document production.                               3.00    480.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/25/03 Reseaching 3d Cir law on         and on            .50    105.00

         ASSOCIATE:  JUSTIN PEACOCK

01/26/03 Review documents in preparation for Kahn           .50    235.00
         deposition
         PARTNER:  MICHAEL T. MERVIS

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:      6

01/26/03 Reseaching 3d Cir law on                    2.50   525.00

         ASSOCIATE:  JUSTIN PEACOCK

01/27/03 Office conference with M. Mervis re: deposition    .50   212.50
         and next steps
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/27/03 Billy Kahn deposition and partial travel time   6.50  3055.00
         to and from Philadelphia
         PARTNER:  MICHAEL T. MERVIS

01/27/03 Case managment.                             1.75   280.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/28/03 Correspondence to                           2.00   940.00
                           ; correspondence to
         plaintiffs' counsel re: discovery; telephone
         conference w/ T. Ricigliano; telephone
         conference w/            re:
         PARTNER:  MICHAEL T. MERVIS

01/28/03 Case management.                            1.75   280.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/28/03 Reviewing new plaintiff's expert material (CDs    .25   52.50
         and color charts).
         ASSOCIATE:  JUSTIN PEACOCK

01/29/03 Prepare for meeting w/ T. Ricigliano         .50   235.00
         PARTNER:  MICHAEL T. MERVIS

01/29/03 Case management.                            2.00   320.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/30/03 Meeting w/ T. Ricigliano; telephone conference   2.75  1292.50
         w/
         PARTNER:  MICHAEL T. MERVIS

01/30/03 Case management.                             .75   120.00
         LEGAL ASSISTANT:  SHARON LEWIS

01/30/03 Meeting w/ M. Mervis and our music expert to   1.50   315.00
         discuss his report and litigation strategy.
         ASSOCIATE:  JUSTIN PEACOCK

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:      7

01/31/03 Review discovery responses; memo to M. Mervis;   1.00   425.00
         follow up on discovery responses; telephone
         conference with         re: discovery responses
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/31/03 Telephone conference w/ G. Lentz re: discovery    .75   352.50
         and expert issues and correspondence to G.
         Lentz re: same; telephone conference w/ V.
         Carissimi; review

         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.         February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       7

01/31/03 Review discovery responses; memo to M. Mervis;   1.00   425.00
         follow up on discovery responses; telephone
         conference with          re: discovery responses
         ASSOCIATE:  JENIFER DEWOLF PAINE

01/31/03 Telephone conference w/ G. Lentz re: discovery     .75   352.50
         and expert issues and correspondence to G.
         Lentz re: same; telephone conference w/ V.
         Carissimi; review copyright office
         correspondence and correspondence w/ M.
         Friedman re: same
         PARTNER:  MICHAEL T. MERVIS
```

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.         February 28, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:      8
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL T. MERVIS | 29.50 | 470.00 | 13,865.00 |
| TOTAL FOR PARTNER | 29.50 | | 13,865.00 |
| ROBERT J. EDDINGTON | 1.50 | 350.00 | 525.00 |
| JENIFER DEWOLF PAINE | 20.00 | 425.00 | 8,500.00 |
| JUSTIN PEACOCK | 18.25 | 210.00 | 3,832.50 |
| ANTHONY T. WLADYKA III | 8.25 | 240.00 | 1,980.00 |
| TOTAL FOR ASSOCIATE | 48.00 | | 14,837.50 |
| SHARON LEWIS | 27.00 | 160.00 | 4,320.00 |
| TOTAL FOR LEGAL ASSISTANT | 27.00 | | 4,320.00 |
| MATTER TOTAL: | 104.50 | | $33,022.50 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| COPYING & PRINTING | 1695.60 |
| DELIVERY | 167.33 |
| FAX | 65.00 |
| LEXIS @ COST | 1931.43 |
| OUT OF TOWN TRAVEL | 261.00 |
| TELEPHONE | 25.82 |
| LOCAL TRANSPORTATION | 22.50 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:        $4,168.68

CAREERS-BMG MUSIC PUBLISHING, INC.
1540 BROADWAY
NEW YORK, NY 10036
ATTENTION: DEIDRE M. MCDONALD

ZOMBA ENTERPRISES, INC.
137-139 West 25th Street
New York, NY 10001
AATTENTION: WADE LEAK, ESQ.

499414
March 27, 2003

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299

Employer Identification No. 13-1340454

CLIENT NAME: CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
FILE #:      19285.0001

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED FEBRUARY 28, 2003
AS SET FORTH IN THE ATTACHED PRINTOUT

TOTAL FEES:                    $17,918.75

DISBURSEMENTS AND CHARGES:      $1,025.61

TOTAL DUE:                     $18,944.36

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          March 27, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/03/03 | Telephone conference & correspondence to T. Ricigliano; review correspondence from and J. Paine<br>PARTNER:  MICHAEL T. MERVIS | .25 | 117.50 |
| 02/04/03 | Supplemental responses to interrogatories<br>ASSOCIATE:  JENIFER DEWOLF PAINE | .50 | 212.50 |
| 02/05/03 | Prepare supplemental responses to interrogatories; review files, documents, and communications from client<br>ASSOCIATE:  JENIFER DEWOLF PAINE | 2.00 | 850.00 |
| 02/10/03 | Correspondence w/         review draft supplemental interrogatory answers<br>PARTNER:  MICHAEL T. MERVIS | .50 | 235.00 |
| 02/11/03 | Telephone conferences w/<br><br>PARTNER:  MICHAEL T. MERVIS | .50 | 235.00 |
| 02/11/03 | Speaking with expert and reading draft of expert's report.<br>ASSOCIATE:  JUSTIN PEACOCK | .75 | 157.50 |
| 02/12/03 | Prepare for depositions of plaintiffs<br>PARTNER:  MICHAEL T. MERVIS | 1.00 | 470.00 |
| 02/13/03 | Telephone conference with Michael Mervis re: issues; review files re:      factual issues<br>ASSOCIATE:  JENIFER DEWOLF PAINE | 1.00 | 425.00 |
| 02/13/03 | Prepare for and take depositions of plaintiffs; partial travel time to and from Philadelphia; review T. Ricigliano expert report and telephone conference w/ T. Ricigliano re: same<br>PARTNER:  MICHAEL T. MERVIS | 8.25 | 3877.50 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.              March 27, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:       3
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/13/03 | Conference call w/ M. Mervis and expert: reviewing expert report. ASSOCIATE:  JUSTIN PEACOCK | 1.25 | 262.50 |
| 02/14/03 | Organize facts re:        ; outline information needed for ASSOCIATE:  JENIFER DEWOLF PAINE | 1.00 | 425.00 |
| 02/17/03 | Review revised T. Ricigliano report and telephone conference w/ T. Ricigliano re: same PARTNER:  MICHAEL T. MERVIS | 1.25 | 587.50 |
| 02/18/03 | Prepare ASSOCIATE:  JENIFER DEWOLF PAINE | 2.00 | 850.00 |
| 02/16/03 | Telephone conference w/ T. Ricigliano re: expert report; correspondence w/ G. Lentz re: discovery and scheduling issues PARTNER:  MICHAEL T. MERVIS | 1.00 | 470.00 |
| 02/18/03 | Case management. LEGAL ASSISTANT:  SHARON LEWIS | .25 | 40.00 |
| 02/18/03 | Reviewing and editing expert report, reviewing cases for discussions of  ASSOCIATE:  JUSTIN PEACOCK | .75 | 157.50 |
| 02/19/03 | Case management. LEGAL ASSISTANT:  SHARON LEWIS | .25 | 40.00 |
| 02/19/03 | Reviewing expert report. ASSOCIATE:  JUSTIN PEACOCK | .25 | 52.50 |
| 02/20/03 | Telephone conference with        and        ; prepare        outline motion for summary judgment re: ASSOCIATE:  JENIFER DEWOLF PAINE | 3.00 | 1275.00 |
| 02/21/03 | Telephone conference with M. Mervis re: motion ASSOCIATE:  JENIFER DEWOLF PAINE | .25 | 106.25 |

```
CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          March 27, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:      4

02/23/03 Review                      and confer w/ J.      .75    352.50
         Paine re: same; review proposed stipulation and
         cover letter extending pretrial schedule
         PARTNER:  MICHAEL T. MERVIS

02/24/03 Work on                                          3.00   1275.00
         work on       portion of brief
         ASSOCIATE:  JENIFER DEWOLF PAINE

02/24/03 Attention to preparation of summary judgment      .50    235.00
         motion re:         , correspondence w/ local
         counsel re: extension of scheduling order dates
         PARTNER:  MICHAEL T. MERVIS

02/25/03 Telephone conferences with M. Mervis re: case    1.50    637.50
         status; work on      issues
         ASSOCIATE:  JENIFER DEWOLF PAINE

02/25/03 Telephone conference w/ Judge Schiller and        .75    352.50
         correspondence to                    re:
         same
         PARTNER:  MICHAEL T. MERVIS

02/25/03 Case management.                                  .50     80.00
         LEGAL ASSISTANT:  SHARON LEWIS

02/26/03 Review transcript of .    deposition; work on    2.50   1062.50
               issues
         ASSOCIATE:  JENIFER DEWOLF PAINE

02/26/03 Case management.                                  .25     40.00
         LEGAL ASSISTANT:  SHARON LEWIS

02/27/03 Review deposition transcript of M. Cottrill;     2.00    850.00
         correspond with client re:
         ASSOCIATE:  JENIFER DEWOLF PAINE

02/27/03 Telephone conference from                         .50    235.00
         PARTNER:  MICHAEL T. MERVIS

02/28/03 Revise           declarations; draft            4.50   1912.50
         declaration and       declaration; review
         deposition transcripts; telephone conference
         with
         ASSOCIATE:  JENIFER DEWOLF PAINE
```

CLIENT:  CAREERS-BMG MUSIC PUBLISHING, INC.          March 27, 2003
MATTER:  COTTRILL V. SPEARS
PAGE:     5

02/28/03 Case management.                              .25    40.00
         LEGAL ASSISTANT:  SHARON LEWIS

BMG MUSIC PUBLISHING, INC.                                    505792
1540 BROADWAY                                               May 7, 2003
NEW YORK, NY 10036
ATTENTION:  DEIDRE M. MCDONALD ESQ.
            WADE LEAK ESQ.

**PROSKAUER ROSE LLP**  | 1585 Broadway | |
New York, NY 10036-8299 | Employer Identification No. 13-1840454

CLIENT NAME:  CAREERS-BMG MUSIC PUBLISHING, INC.
MATTER NAME:  COTTRILL V. SPEARS
OUR REFERENCE #: 19285.0001

FOR LEGAL SERVICES RENDERED
for the period ending March 31, 2003 as set forth
in the attached printout.

Fees:                                                      $15,686.25


Out-of-pocket disbursements and other miscellaneous
charges posted through March 31, 2003                          601.72

TOTAL THIS BILL                                            $16,287.97

PROSKAUER ROSE LLP
CAREERS-BMG MUSIC PUBLISHING, INC.
COTTRILL V. SPEARS

May 7, 2003
Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/03/2003 | PAINE, JENIFER DEWOLF | Follow up re:        issues; telephone conference with expert; review transcript | 2.00 |
| 03/04/2003 | PAINE, JENIFER DEWOLF | Telephone conference with .        and        re: · telephone conference with        re: and ·        issues; revise declarations | 1.00 |
| 03/05/2003 | PAINE, JENIFER DEWOLF | Follow up on        issues | .50 |
| 03/06/2003 | PAINE, JENIFER DEWOLF | Review materials from client; revise declaration; work on        issues | 1.50 |
| 03/07/2003 | PAINE, JENIFER DEWOLF | Review        information re:        and .        ; revise declarations; correspond with        and        re: plaintiff's song | 1.50 |
| 03/07/2003 | PEACOCK, JUSTIN | Speaking with expert and drafting letter to opposing counsel. | .50 |
| 03/12/2003 | PAINE, JENIFER DEWOLF | Correspond with        re: confidential designations | .25 |
| 03/17/2003 | PAINE, JENIFER DEWOLF | Telephone conference with        re: interrogatories; telephone conference with M. Mervis | 1.00 |
| 03/19/2003 | PAINE, JENIFER DEWOLF | Follow up on        issues; telephone conference with        ; prepare responses to supplemental discovery requests | 1.00 |
| 03/20/2003 | PAINE, JENIFER DEWOLF | Prepare responses to interrogatories and document requests; review documents; prepare documents for production; telephone conference with | 2.00 |
| 03/21/2003 | PAINE, JENIFER DEWOLF | Finalize responses to interrogatories and document requests; serve; work on brief | 2.00 |
| 03/24/2003 | PAINE, JENIFER DEWOLF | Prepare responses to interrogatories directed to W. Leak; follow up with        re: declaration | 1.00 |
| 03/25/2003 | PAINE, JENIFER DEWOLF | Telephone conference with .        re:        Declaration; revise        Declaration and        Declaration; correspond with        ; follow up with        ; prepare supplemental responses to interrogatories | 2.50 |
| 03/25/2003 | MERVIS, MICHAEL T. | Attention to discovery and summary judgment motion; telephone conference and correspondence w/ G. Lentz | 1.25 |
| 03/26/2003 | PAINE, JENIFER DEWOLF | Finalize supplemental responses to interrogatories; prepare responses to last set; | 1.00 |

PROSKAUER ROSE LLP
CAREERS-BMG MUSIC PUBLISHING, INC.
COTTRILL V. SPEARS

May 7, 2003
Page 3

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | review . ; revise declaration of | |
| 03/27/2003 | MERVIS, MICHAEL T. | Telephone conference w/ : correspondence w/ G. Lentz | .25 |
| 03/28/2003 | PAINE, JENIFER DEWOLF | Work on summary judgment motion on | 3.50 |
| 03/28/2003 | MERVIS, MICHAEL T. | Correspondence w/ Lentz; telephone conference w/ T. Ricigliano; telephone conference w/ , review declaration | 1.00 |
| 03/28/2003 | PEACOCK, JUSTIN | Researching issue | 1.75 |
| 03/29/2003 | PEACOCK, JUSTIN | Researching | 5.00 |
| 03/30/2003 | PEACOCK, JUSTIN | Researching and drafting . memo. | 5.00 |
| 03/31/2003 | PAINE, JENIFER DEWOLF | Brief in support of motion for summary judgment | 5.00 |
| 03/31/2003 | MERVIS, MICHAEL T. | Attention to summary judgment motion and preparation for expert depositions | 1.00 |
| 03/31/2003 | PEACOCK, JUSTIN | Researching | 2.50 |

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| MICHAEL T. MERVIS | 3.50 | 470.00 | 1,645.00 |
| TOTAL FOR PARTNER | 3.50 | | 1,645.00 |
| | | | |
| JENIFER DEWOLF PAINE | 25.75 | 425.00 | 10,943.75 |
| JUSTIN PEACOCK | 14.75 | 210.00 | 3,097.50 |
| TOTAL FOR ASSOCIATE | 40.50 | | 14,041.25 |
| | | | |
| MATTER TOTAL | 44.00 | | 15,686.25 |

PROSKAUER ROSE LLP
CAREERS-BMG MUSIC PUBLISHING, INC.                    May 7, 2003
COTTRILL V. SPEARS                                         Page 4

**DISBURSEMENTS AND CHARGES**

DESCRIPTION:                                           AMOUNT

REPRODUCTION                                            31.80
FAX @ COST                                               6.00
LEXIS @ COST                                           258.00
WESTLAW                                                 36.69
TRANSLATION SERVICE                                    195.00
TAXICAB/CAR SVC.                                        24.48
LONG DISTANCE TELEPHONE                                  5.69
POSTAGE                                                 24.66
DELIVERY CHARGES                                        19.40

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:       $ 601.72

BMG MUSIC PUBLISHING, INC.                                507707
1540 BROADWAY                                             May 27, 2003
NEW YORK, NY 10036
ATTENTION: DEIDRE M. MCDONALD ESQ
            WADE LEAK ESQ


**PROSKAUER ROSE LLP**   1585 Broadway
New York, NY 10036-8299      Employer identification No. 13-1840454

---

CLIENT NAME: BMG MUSIC PUBLISHING, INC.
MATTER NAME: COTTRILL V. SPEARS
OUR REFERENCE #: 19285.0001

FOR LEGAL SERVICES RENDERED
for the period ending April 30, 2003 as set forth
in the attached printout.

Fees:                                                     $62,282.50


Out-of-pocket disbursements and other miscellaneous
charges posted through April 30, 2003                       6,323.30

TOTAL THIS BILL                                           $69,605.42

PROSKAUER ROSE LLP

May 27, 2003
Page 2

COTTRILL V. SPEARS

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/01/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion; prepare for Bevil deposition | 1.75 |
| 04/01/2003 | PEACOCK, JUSTIN | Researching and drafting memo | 1.25 |
| 04/02/2003 | PAINE, JENIFER DEWOLF | Revise declaration; revise motion for summary judgment; telephone conference with and ; revise declarations | 5.00 |
| 04/02/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion; prepare for Bevil depo; correspondence w/ | 3.50 |
| 04/02/2003 | PEACOCK, JUSTIN | Reviewing export reports and case law in preparation for deposition. | 4.50 |
| 04/03/2003 | PAINE, JENIFER DEWOLF | Work on summary judgment motion; review testimony; | 4.50 |
| 04/03/2003 | MERVIS, MICHAEL T. | Attention to discovery issues and disputes, including telephone conference w/ Court | 1.25 |
| 04/03/2003 | PEACOCK, JUSTIN | Reviewing export reports and case law in preparation for deposition, writing and on same. | 4.75 |
| 04/05/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion; preparation for Bevil deposition | 6.00 |
| 04/07/2003 | MERVIS, MICHAEL T. | Prepare for and take Bevil depo; partial travel time to Philly; work on summary judgment motion | 8.00 |
| 04/08/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion; review transcript of Bevil depo; partial travel time from Philadelphia to NYC | 5.00 |
| 04/08/2003 | PEACOCK, JUSTIN | Researching, outlining, and drafting portion of summary judgment motion | 8.50 |
| 04/09/2003 | PAINE, JENIFER DEWOLF | Work on motion for summary judgment; prepare declaration; work on declarations | 2.00 |
| 04/09/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion | 2.50 |
| 04/09/2003 | PEACOCK, JUSTIN | Drafting and revising portion of summary judgment brief. | 10.50 |
| 04/10/2003 | PAINE, JENIFER DEWOLF | Summary judgment motion | 3.00 |
| 04/10/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion | 6.50 |
| 04/10/2003 | PEACOCK, JUSTIN | Revising/restructuring draft of summary | 8.50 |

**PROSKAUER ROSE LLP**

May 27, 2003
Page 3

COTTRILL V. SPEARS

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | judgment motion. | |
| 04/11/2003 | GOSHIN, BONNIE ASKENASE | Disc w/JP re cite checking brief; run checkcite report for sj brief | 1.00 |
| 04/11/2003 | PAINE, JENIFER DEWOLF | Motion to dismiss and declarations | 5.00 |
| 04/11/2003 | MERVIS, MICHAEL T. | Work on summary judgment papers | 3.00 |
| 04/11/2003 | PEACOCK, JUSTIN | Work on summary judgment motion | 6.50 |
| 04/12/2003 | PAINE, JENIFER DEWOLF | Review and revise brief; telephone conferences with M. Mervis and J. Peacock | 1.50 |
| 04/12/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion papers | 5.00 |
| 04/12/2003 | PEACOCK, JUSTIN | Work on summary judgment motion. | 2.75 |
| 04/13/2003 | GOSHIN, BONNIE ASKENASE | Rvw checkcite report; ac, shep; cite check, quotecheck s.j. brief; prep table of authorities | 5.00 |
| 04/13/2003 | GOSHIN, BONNIE ASKENASE | Cont cite check, quotecheck s.j. brief; prep table of authorities | 1.50 |
| 04/13/2003 | PAINE, JENIFER DEWOLF | Summary judgment brief | 1.00 |
| 04/13/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion papers | 6.25 |
| 04/13/2003 | PEACOCK, JUSTIN | Revising brief - researching and adding additional     law, adding additional citations to Bevil's deposition. | 4.25 |
| 04/14/2003 | GOSHIN, BONNIE ASKENASE | Incorporate edits from cite check, quote check into s.j. brief; revise table of authorities. | 2.50 |
| 04/14/2003 | GOSHIN, BONNIE ASKENASE | Cite check, quotecheck s.j. brief; prep table of authorities | 1.50 |
| 04/14/2003 | PAINE, JENIFER DEWOLF | Summary judgment motion | 3.50 |
| 04/14/2003 | MERVIS, MICHAEL T. | Work on summary judgment motion; prepare for Ricigliano deposition, including telephone conference w/ T. Ricigliano | 3.00 |
| 04/14/2003 | PEACOCK, JUSTIN | Work on summary judgment motion | 1.75 |
| 04/15/2003 | PAINE, JENIFER DEWOLF | Follow up on motion and declaration | 1.00 |
| 04/15/2003 | MERVIS, MICHAEL T. | Defend Ricigliano deposition; conference w/ T. Ricigliano re: rebuttal expert report; correspondence w/ plaintiffs' counsel | 3.75 |
| 04/16/2003 | PAINE, JENIFER DEWOLF | Review faxes from opposing counsel; collect materials re: | .50 |
| 04/16/2003 | MERVIS, MICHAEL T. | Prepare for deposition prep call w/ review correspondence from opposing counsel | 1.00 |
| 04/16/2003 | PEACOCK, JUSTIN | Drafting interrogatories relating to plaintiffs' experts computer-generated graphs. | 2.50 |

PROSKAUER ROSE LLP

COTTRILL V. SPEARS

May 27, 2003
Page 4

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/17/2003 | PAINE, JENIFER DEWOLF | Office conference with M. Mervis re: discovery issues raised by plaintiff; review documents; prepare response to plaintiffs | 3.00 |
| 04/17/2003 | MERVIS, MICHAEL T. | Telephone conference w/ in preparation for deposition; attention to discovery issues | 2.00 |
| 04/18/2003 | GOSHIN, BONNIE ASKENASE | Prep sets of sj papers filed in Pa per JP | 1.00 |
| 04/18/2003 | PAINE, JENIFER DEWOLF | Assist M. Mervis re: discovery issues with opposing counsel; legal research re: | 2.00 |
| 04/18/2003 | MERVIS, MICHAEL T. | Attention to discovery disputes; correspondence w/ plaintiffs' counsel re: same; telephone conference          work on Reply Ricigliano report | 2.75 |
| 04/20/2003 | MERVIS, MICHAEL T. | Work on Ricigliano report and telephone conference w/ Ricigliano re: same | 1.50 |
| 04/21/2003 | PAINE, JENIFER DEWOLF | Office conferences with M. Mervis re: discovery; telephone conference with re: same; correspond with          re: document, correspond with local counsel re: declarations | 1.00 |
| 04/21/2003 | MERVIS, MICHAEL T. | Attention to discovery, including preparation for and participation in call w/ Court; communications w/ client representatives | 1.50 |
| 04/22/2003 | MERVIS, MICHAEL T. | Songwriter depositions; preparation for same; partial travel time to and from Philadelphia re: same; communications w/ opposing counsel and | 7.00 |
| 04/25/2003 | PAINE, JENIFER DEWOLF | Correspond with local counsel re: declarations; telephone conference with M. Mervis re: oral argument | .50 |
| 04/29/2003 | PAINE, JENIFER DEWOLF | Review and summarize depositions of songwriters | 1.75 |
| 04/30/2003 | PAINE, JENIFER DEWOLF | Telephone conference with re: discovery | .25 |

PROSKAUER ROSE LLP

May 27, 2003
Page 5

COTTRILL V. SPEARS

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars |
|---|---|---|---|
| MICHAEL T. MERVIS | 71.25 | 470.00 | 33,487.50 |
| TOTAL FOR PARTNER | 71.25 | | 33,487.50 |
| | | | |
| JENIFER DEWOLF PAINE | 35.50 | 425.00 | 15,087.50 |
| JUSTIN PEACOCK | 55.75 | 210.00 | 11,707.50 |
| TOTAL FOR ASSOCIATE | 91.25 | | 26,795.00 |
| | | | |
| BONNIE ASKENASE GOSHIN | 12.50 | 160.00 | 2,000.00 |
| TOTAL FOR LEGAL ASSISTANT | 12.50 | | 2,000.00 |
| | | | |
| MATTER TOTAL | 175.00 | | 62,282.50 |

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| REPRODUCTION | 2094.20 |
| FAX | 86.00 |
| LEXIS @ COST | 2095.12 |
| WESTLAW @ COST | 798.71 |
| TAXICAB/CAR SVC. | 121.38 |
| LOCAL TRAVEL | 147.70 |
| LONG DISTANCE TELEPHONE | 89.02 |
| POSTAGE | 1.52 |
| LOCAL DELIVERY | 24.72 |
| DELIVERY CHARGES | 253.61 |
| OUT-OF-TOWN-TRAVEL-ATTY | 489.50 |
| MEALS | 121.82 |

TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER:      $6,323.30