IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COTTRILL** | : | |
| and | : | |
| **LAWRENCE E. WNUKOWSKI** | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 02-CV-3646 |
| v. | : | |
| | : | |
| **BRITNEY SPEARS, et al.** | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Michael Cottrill and Lawrence E. Wnukowski, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the District Court's Order entering Summary Judgment in favor of Defendants, entered in this action on the 22nd day of May, 2003.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Date: _____                    _____
                                  Gavin P. Lentz, Esquire
                                  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COTTRILL** | : | |
| and | : | |
| **LAWRENCE E. WNUKOWSKI** | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 02-CV-3646 |
| v. | : | |
| | : | |
| **BRITNEY SPEARS, et al.** | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF MAILING

_____I, Gavin P. Lentz, Esquire hereby certify that a true and correct copy of Plaintiffs' Notice of Appeal was served on this 10th day of June, 2003 via postage pre-paid to the following:

Vincent V. Carissimi, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Michael T. Mervis, Esquire
Proskauer, Rose, LLP
1585 Broadway
New York, NY 10036

**BOCHETTO & LENTZ, P.C.**

_____
Gavin P. Lentz, Esquire