IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL COTTRILL
and LAWRENCE W. WNUKOWSKI

        02-cv-3646
        District Court Docket Number

vs.

BRITNEY SPEARS, et al.

Notice of Appeal Filed 6/10/2003
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal **X** Paid __ Not Paid __ Seaman
    Docket Fee     **X** Paid __ Not Paid __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

        Defendant's Address (for criminal appeals)

        Prepared by :_____
                Michele Helmer
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm

Case 2:02-cv-03646-BMS    Document 41    Filed 06/10/2003    Page 2 of 2