IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL COTTRILL
and LAWRENCE W. WNUKOWSKI

                02-cv-3646
                District Court Docket Number

vs.

BRITNEY SPEARS, et al.

Notice of Appeal Filed <u>6/10/2003</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal <u> X </u> Paid   __Not Paid   __Seaman
    Docket Fee       <u> X </u> Paid   __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                          Defendant's Address (for criminal appeals)

_____

_____

                          Prepared by :_____
                                      Michele Helmer
                                      Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm

Case 2:02-cv-03646-BMS   Document 41   Filed 06/10/03   Page 2 of 2