IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COTTRILL and** | : | |
| **LAWRENCE E. WNUKOWSKI,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRITNEY SPEARS, et. al,** | : | No. 02-3646 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **23rd** day of **July, 2003**, upon consideration of Defendants' Motion to Amend Judgment, Plaintiff's letter response thereto, and Defendants' reply letter, it is hereby **ORDERED** that:

As the Court inadvertently omitted a discussion regarding costs under 17 U.S.C. § 505 in its Memorandum and Order dated July 2, 2003, Defendants' Motion to Amend Judgment (Document No. 46) is **GRANTED** as follows:

Costs in the amount of $3,587.42 are **GRANTED** pursuant to 17 U.S.C. § 505.

BY THE COURT:

_____
**Berle M. Schiller, J.**