IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

December 1, 2008

TO:  Counsel of Record

SUBJECT:  **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 2:02-cv-03646-BMS
COTTRILL et al   vs.   SPEARS et al

## N O T I C E

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s).  If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**

| Paper No. | Filed on | |
|---|---|---|
| 25 | 4/29/2003 | Exhibit 4 of Appendix of Plaintiffs' Memorandum of Law Opposing Defendants' Motion for Summary Judgment. |
| 26 | 4/29/2003 | Exhibit 7 of Appendix of Plaintiffs' Memorandum of Law Opposing Defendants' Motion for Summary Judgment. |
| 27 | 4/29/2003 | Exhibit 11 of Appendix of Plaintiffs' Memorandum of Law Opposing Defendants' Motion for Summary Judgment. |
| 28 | 4/29/2003 | Exhibit 13 of Appendix of Plaintiffs' Memorandum of Law Opposing Defendants' Motion for Summary Judgment. |
| 32 | 5/13/2003 | Exhibit "A" to Plaintiffs' Supplemental Memorandum in Further Support of their Opposition to Defendants' MOTION FOR SUMMARY JUDGMENT. |

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Eileen J. Bobb at (267) 299-7177.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Eileen J. Bobb
Deputy Clerk

Copies by mail to:
G. Bochetto
V. Carissimi
D. Heim
G. Lentz
M. Mervis

Notice L.R. 5.1.5.frm